DENNIS M. CAMPOS, SBN 050234
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 Twelfth Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRAUN, SUSAN BRAUN,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No.: 2:08-CV-00283-MCE-GGH<br><br>**ORDER ON REQUEST TO VACATE HEARING ON MOTION TO DISMISS COMPLAINT AND SCHEDULE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND PROPOSED ORDER THEREON**<br><br>Date: April 4, 2008<br>Time: 9:00 a.m.<br>Ctrm: 7<br>Judge: Honorable Morrison C. England, Jr. |

Having considered the request to vacate the April 4, 2008 hearing for the reasons set forth in Defendant Allstate's request to vacate hearing on motion to dismiss complaint and schedule hearing on motion to dismiss first amended complaint, and having reviewed the material on file herein, IT IS HEREBY ORDERED that the hearing of April 4, 2008 is vacated and that the motion to dismiss for failure to state a claim upon which relief can be granted filed as against the First Amended Complaint, be heard on May 16, 2008, as set forth in that motion and the Notice of Motion thereof.

Dated: March 26, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE