UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADLEY BRAUN, SUSAN BRAUN,                No. 2:08-cv-00283-MCE-GGH

       Plaintiffs,

  v.                                        MEMORANDUM AND ORDER

ALLSTATE INSURANCE COMPANY,

       Defendant.

----oo0oo----

    Presently before the Court is Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC"). In February of this year, Plaintiffs filed their original Complaint alleging causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing against Defendant Allstate Insurance Company. Defendant filed a Motion to Dismiss that Complaint in March 2008 and approximately two weeks later Plaintiffs filed a First Amended Complaint ("FAC"). Defendant subsequently filed a Motion to Dismiss Plaintiffs' FAC, which this Court granted with leave to amend. Plaintiffs have now filed an SAC containing no material distinctions from their FAC.

1 Because Plaintiffs' current breach of contract and breach of
2 implied covenant of good faith and fair dealing causes of action
3 are essentially identical to those previously alleged, Defendant
4 has again moved to dismiss.
5   The Court refuses to squander valuable judicial resources on
6 unnecessarily repeating its original analysis here and directs
7 Plaintiffs to review its prior Order.  Defendant's current Motion
8 is GRANTED on the same basis and for the same reasons as their
9 first motion.
10   Nevertheless, out of an abundance of caution, this Court
11 grants Plaintiffs leave to amend.  Plaintiffs are directed to
12 file a Third Amended Complaint, should they choose to do so, not
13 later than twenty (20) days following the date of this Order.
14 Plaintiffs are cautioned that filing another complaint with
15 virtually the same allegations as the FAC and/or the SAC may
16 cause the court to issue sanctions against Plaintiffs and in
17 favor of Defendant.
18
19   IT IS SO ORDERED.
20
 Dated: October 17, 2008
21
22                                  _____
23                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE